IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(Kansas City Division)

| | |
|---|---|
| FATIMAH MUHAMMAD,<br><br>        *Plaintiff*,<br><br>  v.<br><br>KENDRA ROSS, et al.,<br><br>        *Defendants*. | Civil Action No. 2:21-cv-02012 |

## DEFENDANT KENDRA ROSS' MOTION TO DISMISS AND REQUEST FOR ORAL ARGUMENT

Defendant Kendra Ross ("Kendra"), by counsel and pursuant to Federal Rule of Civil Procedure 12(b)(6), presents this motion to dismiss the complaint filed by Plaintiff Fatimah Muhammad ("Muhammad") in the above-captioned action. For the reasons set forth in Kendra's Memorandum in Support of Motion to Dismiss, Muhammad fails to state any viable claim for damages against either Kendra or her mother, Defendant Cheryl Ross. As a result, Muhammad's claims should be dismissed, in their entirety, with prejudice.

Pursuant to Local Rule 7.2, Defendant requests oral argument on her motion to dismiss.

Dated: January 15, 2021                 Respectfully Submitted,

                                                               **KENDRA ROSS**

                                                               *By Counsel*

  /s/ *Chris Dove*
Christopher Dove KS #21251
DRZ LAW, LLC
8700 State Line, Suite 305
Leawood, KS 66206
913-400-2033

chris@drzlawfirm.com

Anand Ramana (*pro hac vice* motion forthcoming)
Aleksandra Rybicki (*pro hac vice* motion forthcoming)
VEDDER PRICE, P.C.
1401 I Street, N.W.
Suite 1100
Washington, D.C. 20005
Tel: (202) 312-3325
aramana@vedderprice.com
arybicki@vedderprice.com
*Attorneys for Defendant Kendra Ross*

## CERTIFICATE OF SERVICE

  I hereby certify that on this 15th day of January, 2021, I filed this document on this Court's electronic court filing system, and that I served the foregoing pleading on the following persons by U.S. mail:

    Ms. Fatimah Muhammad
    2111 N. 10th Street
    Kansas City, KS 66104

     /s/ *Chris Dove*
    Christopher Dove KS #21251
    DRZ LAW, LLC
    8700 State Line, Suite 305
    Leawood, KS 66206
    913-400-2033
    chris@drzlawfirm.com
    *Attorney for Defendant Kendra Ross*

3
VP/#41665880.1