**UNITED STATES DISTRICT COURT**
**DISTRICT OF KANSAS**
**KANSAS CITY**

# FILED

## MAR 17 2021

TIMOTHY M. O'BRIEN CLERK
By: _____ Deputy

Fatimah Muhammad
Private Individual

CASE# 2020-CV-000536

Vs

CASE# 2:21-CV-02011-KHV-TJJ
2:19-cv-02091-DDC-TJJ
2:21-cv-02013
2:21-cv-02014
2:21-cv-02012
FICTITIOUS NUMBER(S)

Kendra Ross
Private party

Cheryl Ross
Private party

## MOTION TO STRIKE

I, Fatimah Muhammad file this Motion to strike as the removal was untimely and passed

the time required.

1. I also want to address the jurisdiction and venue as it keeps getting kicked down the road.

2. I want to draw your attention to 18 USC 3231 District Court.

> The district courts of the United States shall have original jurisdiction, exclusive of the **courts of the States,** of all offenses against the laws of the United States.

> Nothing in this title shall be held to take away or impair the jurisdiction of the **courts of the several States** under the laws thereof.

3. As you can see and can read for yourself it uses the word that defines the court we are to be in "district courts of the United States" not the "UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS"

4. This is why you want this case dismissed because you as Lawyer/Attorney's know by filing this into the wrong court, a dismissal is warranted under the wrong jurisdiction and venue, as this is not a **court of the State** as pointed out in 18 USC 3231.

1

5. You as Lawyers and Attorneys are and were fully aware that Mr. Jenkins was for all intents and purposes tried in the wrong court and now you are trying to conceal you wrongful acts of a sham, scam trial and denied Due process.

6. This federal court refused Mr. Jenkins the right to counsel and demanded only bar members as he was a corporation,

The supreme court ruled Corporations are persons;

**2010 (*Citizens United v. FEC*):** In the run up to the 2008 election, the Federal Elections Commission blocked the conservative nonprofit Citizens United from airing a film about Hillary Clinton based on a law barring companies from using their funds for "electioneering communications" within 30 days of a primary or 60 days of a general election. The organization sued, arguing that, because people's campaign donations are a protected form of speech (see *Buckley v. Valeo*) and corporations and people enjoy the same legal rights, the government can't limit a corporation's independent political donations. The Supreme Court agreed. The *Citizens United* ruling may be the most sweeping expansion of corporate personhood to date.

**2014 (*Burwell v. Hobby Lobby*):** Corporations are legally people with the right to free speech, but do they have religious rights? Apparently, they do. In 2012, Hobby Lobby, an Oklahoma-based craft store chain, sued the federal government, arguing that a provision in the Affordable Care Act requiring it to provide contraception coverage for employees violated shareholders' constitutional rights to freedom of religion. The Supreme Court sided with Hobby Lobby and found that corporations can assert the religious rights of their owners, greatly expanding the power of shareholders while creating a world of confusion for corporate attorneys.

**1931 (*Russian Volunteer Fleet v. United States*):** A Russian shipbuilder, Russian Volunteer Fleet, sued the US government, claiming that government officials had unlawfully seized property worth more than $4 million. The high court sided with the company, ruling that even foreign corporations are protected from unlawful government seizures under the Fifth Amendment, which ensures fair treatment by the legal system.

**1977 (*United States v. Martin Linen Supply Co.*):** After a criminal trial for two linen companies and their owner was dismissed due to jury deadlock, federal prosecutors appealed the decision. The Supreme Court ruled that a second trial violated the companies' rights to be tried only once, expanding the double jeopardy rule to include both humans and corporations.

7. The supreme court ruled you cannot license the practice of law and that what has been done to Mr. Jenkins denied due process.

8. The court denied him the right to represent himself or allow a power of attorney.

9. Mr. Jenkins was denied the right unless he had a Bar Attorney.

*"A State cannot exclude a person from the practice of law or from any other occupation in a manner or for reasons that contravene the Due Process or Equal Protection [353 U.S. 232, 239] Clause of the Fourteenth Amendment. 5 Dent v. West Virginia, 129 U.S. 114. Cf. Slochower v. Board of Education, 350 U.S. 551 ; Wieman v. Updegraff, 344 U.S. 183 . And see Ex parte Secombe, 19 How. 9, 13. A State can require high standards of qualification, such as good moral character or*

*proficiency in its law, before it admits an applicant to the bar, but any qualification must have a rational connection with the applicant's fitness or capacity to practice law. Douglas v. Noble, 261 U.S. 165 ; Cummings v. Missouri, 4 Wall. 277, 319-320. Cf. Nebbia v. New York, 291 U.S. 502 . Obviously an applicant could not be excluded merely because he was a Republican or a Negro or a member of a particular church. Even in applying permissible standards, officers of a State cannot exclude an applicant when there is no basis for their finding that he fails to meet these standards, or when their action is invidiously discriminatory. Cf. Yick Wo v. Hopkins, 118 U.S. 356 ."*
*[Schware v. Board of Examiners, 353 U.S. 232 (1957), emphasis added]*


LAWYERS AND ATTORNEYS ARE NOT LICENSED TO PRACTICE LAW THE NATURE OF LAWYER-CRAFT IN AMERICA AS PER THE UNITED STATES SUPREME COURT; The practice of Law CAN NOT be licensed by any state/State. (Schware v. Board of Examiners, 353 U.S. 238, 239)
The practice of Law is AN OCCUPATION OF COMMON RIGHT! (Sims v. Aherns, 271 S.W. 720 (1925))

THAT No state may convert a secured liberty right into a privilege, issue a license and fee for it. (Murdock vs Pennsylvania 319 US 105 (1943))

THAT Should any state convert a secured liberty right into a privilege, charge a fee and issue a license for it, one may ignore the license and fee and engage in the exercise of the right with impunity. (Shuttlesworth vs City of Birmingham 373 U.S. 262 (1962))

THAT "If you've relied on prior decisions of the Supreme Court you fatimahhave a perfect defense for willfulness." (U.S. v. Bishop, 412 U.S. 346), as "The claim and exercise of a Constitutional right cannot be converted into a crime."(Miller v. U.S., 230 F.2d. 486, 489).

THAT Should any state convert any right to work into a privilege, issue a license and charge a fee, the same is unconstitutional, void, and without effect in law. (Marburry vs Madison 5 US 137 (1803))

THAT "All acts of legislature apparently contrary to natural right and justice are, in our laws and must be in the nature of things, considered as void. The laws of nature are the laws of God; whose authority can be superseded by no power on earth. A legislature must not obstruct our obedience to him from whose punishments they cannot protect us. All human constitutions which contradict his laws, we are in conscience bound to disobey. Such have been the adjudications of our courts of justice." (Robin v. Hardaway, 1 Jefferson 109, 114 (1772)). THAT The Supreme Court has warned, "Because of what appear to be Lawful commands on the surface, many citizens, because of their respect for what appears to be law, are cunningly coerced into waiving their rights, due to ignorance." (U.S. v. Minker, 350 U.S. 179, 187), the general misconception among the public being that any statute passed by legislators bearing the appearance of law constitutes Law. THAT A statute is not a "law," (Flournoy v. First Nat. Bank of Shreveport, 197 La. 1067, 3 So.2d 244, 248), a concurrent or joint resolution of legislature is not "a law," (Koenig v. Flynn, 258 N.Y. 292, 179 N.E. 705, 707; Ward v. State, 176 Okl. 368, 56 P.2d 136, 137; State ex rel. Todd v. Yelle, 7 Wash.2d 443, 110 P.2d 162, 165), nor is 'Code' "Law" (In Re Self v Rhay, 61 Wn (2d) 261) these being defined by Black's Law Dictionary as rebuttable prima facie, or superficial, evidence of law, a facade, represented by 'public policy,' being color-able, or 'color of law,' being 'counterfeit or feigned' as defined.

10. Kendra Ross won by default on due process violation and fraud placed upon Mr. Jenkins' protected rights.

11. Had Mr. Jenkins been allowed or if Kendra not defaulted and a trial by jury be held, Kendra Ross would be exposed for the fraud she is.

12. As lawyer/Attorney' as always do, take things off point when it suits them.

  a) This is not about Mr. Jenkins, yet.

  b) This action is brought by private individuals whom by Kendra Ross misguided accusation has cause harm, injury, loss of homes, jobs, medical, schools, food, loss of future developments of higher education and more homeless people to have a higher level of hope and not despair,

  c) This claim for damages where you claim no contract exist; ask Kendra if she had food, shelter, medical, schooling, clothes, and safe environment, at no cost and a job?

  d) You claim there was no contract, then you prove that Kendra Ross did not benefit and take advantage of all Mr. Jenkins' community had to offer.

13. Her false and misleading and misguided accusations by her so called legal assistants has caused untold harm to the people of the community under the name of Kendra Ross in the same fashion as you claim as though she is doing all the talking,

14. No Sir, it's not Mr. Jenkins it is I, "Fatimah Muhammad who is claiming breach of her contract as I have firsthand knowledge and firsthand harm, damages, loss of jobs, medical not just for me, but for my family, friends and this list goes on.

15. Would you be willing to allow a real honest court hearing with a jury to bring out the truth? Or do you have something to conceal?

16. Either agree to a full trial by jury for a fair and honest trial OR give me, Fatimah Muhammad my default judgment as you are untimely and using legal trickery to bypass justice knowing you have placed fraud into a mis-concept court under 18 USC 3231 ("district courts of the United States" court of the state not the "UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS" territory) with intent to fraud.

17. I, Fatimah Muhammad now motion this court to strike or quash all of KENDRA ROSS' paperwork/filings on the grounds of wrong jurisdiction and wrong venue as per 18 USC 3231. Reference line 16 above.

*Fatimah Muhammad* Date 3/17/2021
Fatimah Muhammad
2111 N. 10th Street
Kansas City, KS [66104]

# CERTIFICATE OF SERVICE

I, Fatimah Muhammad certify that on March 17th, 2021 I sent a true copy of this filing to Cheryl Ross, Kendra Ross and all other relevant parties involved at the addresses listed below via certified mail, postage prepaid:

_Fatimah Muhammad_ Date 3/17/2021
Fatimah Muhammad
2111 N. 10th Street
Kansas City, KS [66104]

Cc

Attorney Christopher S. Dove
DRZ Law –Leawood
8700 State Line Road Suite 305
Leawood, Kansas 66206


Cheryl Ross
Private Individual
3547 Spottswood Ave.
Memphis TN 38111